# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DAMIR LEE, <br><br> Plaintiff, <br><br> vs. <br><br> NICHOLAS M. GOWDY, <br><br> Defendant. | Case No. 12 C 9503 <br><br> Judge Ronald A. Guzman |

## MOTION FOR JUDGMENT AS A MATTER OF LAW

NOW COMES the Defendant, NICHOLAS GOWDY, by and through his attorney, Lisa Madigan, Attorney General of the State of Illinois, and hereby files his motion for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50, stating as follows:

1. Plaintiff filed the instant case alleging excessive force, and a state law claim for assault.

2. Plaintiff's state law claim is immunized by sovereign immunity as defined in Illinois law.

3. Defendant concurrently files and incorporates a memorandum of law in support of this motion.

WHEREFORE, for the above and foregoing reasons, Defendant respectfully requests that his Motion for Judgment as a Matter of Law be granted, and for such relief as this Honorable Court deems appropriate and just.

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois     By:    /s/ Jennifer M. Lutzke
                                        ERIN R. GARD
                                        JENNIFER LUTZKE
                                        Assistant Attorneys General
                                        Office of the Attorney General
                                        100 W. Randolph Str., 13th Floor
                                        Chicago, Illinois 60601
                                        (312) 814-6594